**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bruno ALEJANDRO, Jr., Defendant–
Appellant.**

**No. 06–50654
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 31, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

John F. Carroll, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Bruno Alejandro, Jr., appeals his sentence following his guilty plea to one count of conspiracy to commit bank fraud. Ale-

jandro argues that the district court abused its discretion by ordering him to pay restitution for the total amount of loss attributable to the conspiracy. We review an award of restitution for an abuse of discretion. *United States v. Hughey,* 147 F.3d 423, 436 (5th Cir.1998) (citing *United States v. Chaney,* 964 F.2d 437, 451 (5th Cir.1992)). The district court properly relied on the presentence report (PSR) which stated that Alejandro was involved "throughout the scheme" and "benefitted equally" with the two other leaders of the conspiracy. *See United States v. Lghodaro,* 967 F.2d 1028, 1030 (5th Cir.1992). Accordingly, the district court did not abuse its discretion in ordering Alejandro to pay the full amount of the restitution order.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.